UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SUSAN L. WILSON, Individually and as Executrix )
of the Estate of Paul Wilson,                  )
                                               )
    Plaintiff,                                 )
                                               )
    v.                                         )   Civil No. 11-68-JD
                                               )
UNITED STATES OF AMERICA,                      )
                                               )
    Defendant.                                 )
                                               )

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the pending action against the United States shall be dismissed, with prejudice, each party to bear its own costs.

SO AGREED:

| COUNSEL FOR PLAINTIFFS | JOHN P. KACAVAS |
| | United States Attorney |
| | |
| /s/ Holly B. Haines | /s/ T. David Plourde |
| By:_____ | By:_____ |
| Holly B. Haines, Esquire | T. David Plourde, No. 2044 |
| NH Bar No. 14559 | Assistant U.S. Attorney |
| 1819 Elm Street | 53 Pleasant St., 4th Floor |
| Manchester, NH 03104 | Concord, NH 03301-3904 |
| Hhaines@arbd.com | david.plourde@usdoj.gov |
| 603-627-1819 | 603-225-1552 |
| | |
| Dated: October 29, 2012 | Dated: October 29, 2012 |